UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| INSURANCE DISTRIBUTION SOLUTIONS, LLC, | ) | CASE NO.  5:14CV412 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| | ) | |
| QBE FIRST INSURANCE AGENCY, INC., | ) | |
| | ) | |
| DEFENDANT. | ) | |

This case having been settled by agreement of the parties, this case hereby is dismissed with prejudice, each party to pay their own costs. Any and all releases, agreements or judgment entries necessary to comply with this settlement shall be executed by the interested parties.

A final Agreed Entry, approved by counsel for all parties, shall be filed with the Court on or before December 31, 2014.

The Court retains jurisdiction to resolve disputes concerning the memorialization of the settlement agreement in this matter.  *See Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375 (1994).

This case hereby is closed.

**IT IS SO ORDERED**.

Dated: December 12, 2014

     /s/ Sara Lioi
**HONORABLE SARA LIOI
UNITED STATES DISTRICT JUDGE**